In the Matter of the Claim of Louis Korth et al., Appellants. Michael J. Murphy, as Acting Industrial Commissioner, Respondent.— All concur.

William E. Smith et al., as Executors of James W. Smith, Deceased, Appellants, v. Continental Bank and Trust Company of New York, Respondent.— Crapser, Heffernan and Schenck, JJ., concur ; Hill, P. J., and Bliss, J., dissent.

In the Matter of the Claim of Lucy Wightman, Respondent, against Westfall Manufacturing Company et al, Appellants. State Industrial Board, Respondent.— All concur.